UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NAQUONE TAYLOR, individually,

               Plaintiff,

v.

NEW YORK MUFFINS INC. d/b/a
NEW YORK MUFFINS, a New York
for Profit entity,

               Defendant.

Case No. 1:16-cv-04259-DLI-SMG

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on October 14, 2016.

By: _____  
Tara Demetriades, Esq.  
Counsel for Plaintiff  
New York Bar. No. 4158666  
ADA Accessibility Associates  
1076 Wolver Hollow Road  
Oyster Bay, NY 11771  
E: TDemetriades@Aol.com  
T: (516) 595-5009  

By: _____  
George Stavropoulos, Esq.  
The Law Office of George Stavropoulos, P.L.L.C.  
120 Bay Ridge Avenue, Suite 210  
Brooklyn, New York 112220  
Tel. 718.797.1212  
Fax 718.797.4415  
StavLaw.com  

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on October 14, 2016.

By: /s/ Tara Demetriades  
Tara Demetriades, Esq.  
New York Bar No. 4185666  

**ADA Accessibility Associates**  
2076 Wolver Hollow Road  
Oyster Bay, New York 11771  
E: TDemetriades@Aol.com  
T: (516) 595-5009